# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**CHRISTOPHER J. BURKE.**
**U. S. MAGISTRATE JUDGE**

**UNIT 28**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**
**(302) 573-4591**

July 26, 2018

United States District Court
Southern District of New York
Attn: Courtroom Deputy to the Hon. Kevin N. Fox, USMJ
RE:Criminal Case Transfer
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 100007

   RE: United States v. Kawain Nelson, 1:18-mj-00135 (DE)
       18 CRIM 454 (SDNY)

Dear Courtroom Deputy to the Honorable Kevin N. Fox:

 Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

  ( X ) Certified copy of the docket sheet;
  ( ) Certified copy of the Order of Transfer;
  ( X ) Original case file documents (if applicable);

 Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

 Please acknowledge receipt of the above items on the attached copy of this letter.

        Sincerely,

        *Deborah L. Berujo*
        Courtroom Deputy to the
        Hon. Christopher J. Burke, U.S.M.J.

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

**Signature** _____